| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Oscar Newman<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3943<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Stephanie Newman<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1964<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Western District of Texas | | Date case filed for chapter: 7   10/29/24 |
| Case number: 24–52153–mmp | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Oscar Newman | Stephanie Newman |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10351 Sweetwater<br>San Antonio, TX 78252 | 10351 Sweetwater<br>San Antonio, TX 78252 |
| 4. | **Debtor's attorney**<br>Name and address | Stuart M. Price<br>Resolve Law Group<br>801 Travis Street<br>Suite 2101<br>Houston, TX 77002 | Contact phone 818–995–4540<br>Email: enotice@pricelawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212 | Contact phone (210) 738–3001<br>Email: rosherow@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor **Oscar Newman** and **Stephanie Newman**      Case number **24–52153–mmp**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (210) 472–6720<br><br>Date: 10/29/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 366 703 6877, Passcode, 8572973665 or call (210) 675–8716**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/3/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-52153-mmp |
| Oscar Newman | Chapter 7 |
| Stephanie Newman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 29, 2024 | Form ID: 309A | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Oscar Newman, Stephanie Newman, 10351 Sweetwater, San Antonio, TX 78252-1720 |
| 18793530 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 18793544 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 18793553 | | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 18793559 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 18793560 | | Pulte Mortgage Corp, Attn Bankruptcy Dept 7390 S Iola St, Englewood, CO 80112 |
| 18793563 | + | RK Properties, Attn: Bankruptcy 2981 Fenwick Ln, Grand Junction, CO 81504-4507 |
| 18793562 | + | River City Federal C U, 610 Augusta St, San Antonio, TX 78215-1902 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: enotice@pricelawgroup.com | Oct 29 2024 22:04:00 | Stuart M. Price, Resolve Law Group, 801 Travis Street, Suite 2101, Houston, TX 77002 |
| tr | + | EDI: QRNOSHEROW.COM | Oct 30 2024 02:06:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 29 2024 22:05:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 18793526 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2024 22:13:09 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St 4th Floor, Pittsburgh, PA 15212-5862 |
| 18793527 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 29 2024 22:05:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 18793528 | + | Email/Text: bk@avant.com | Oct 29 2024 22:05:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 18793529 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2024 22:05:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 18793531 | | EDI: CAPITALONE.COM | Oct 30 2024 02:00:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793532 | | EDI: CAPITALONE.COM | Oct 30 2024 02:00:00 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793533 | | EDI: CITICORP | Oct 30 2024 02:00:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO |

24-52153-mmp  Doc#7  Filed 10/31/24  Entered 10/31/24 23:27:11  Imaged Certificate of Notice Pg 4 of 6

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2024 | Form ID: 309A | Total Noticed: 58 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 18793534 | | EDI: CITICORP | Oct 30 2024 02:00:00 | Citibank/Shell Oil, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793535 | | EDI: CITICORP | Oct 30 2024 02:00:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793536 | | EDI: CITICORP | Oct 30 2024 02:00:00 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793537 | + | EDI: WFNNB.COM | Oct 30 2024 02:06:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793538 | + | EDI: WFNNB.COM | Oct 30 2024 02:06:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793539 | + | EDI: WFNNB.COM | Oct 30 2024 02:06:00 | Comenity Capital/famous, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793540 | + | EDI: WFNNB.COM | Oct 30 2024 02:06:00 | Comenity/Hot Topic, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 18793541 | + | EDI: WFNNB.COM | Oct 30 2024 02:06:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793542 | | Email/Text: bankruptcy@connexuscu.org | Oct 29 2024 22:05:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 18793543 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2024 22:12:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 18793555 | | EDI: CITICORP | Oct 30 2024 02:00:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 18793546 | | Email/Text: BNSFS@capitalsvcs.com | Oct 29 2024 22:05:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 18793547 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 29 2024 22:05:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 18793545 | + | EDI: BLUESTEM | Oct 30 2024 02:06:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 18793548 | + | EDI: AMINFOFP.COM | Oct 30 2024 02:06:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 18793549 | + | EDI: PHINGENESIS | Oct 30 2024 02:06:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 18793550 | + | Email/Text: accountresearch@goodleap.com | Oct 29 2024 22:05:00 | GoodLeap Llc., Attn: Bankruptcy 8781 Sierra College Blv, Roseville, CA 95661-5920 |
| 18793551 | ^ | MEBN | Oct 29 2024 22:04:05 | Idaho Housing Agency, Attn: Bankruptcy Attn: Bankruptcy, 844 Washington St , N, Ste 300, Twin Falls, ID 83301-3874 |
| 18793552 | ^ | MEBN | Oct 29 2024 22:04:40 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105814, Atlanta, GA 30348-5814 |
| 18793554 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2024 22:04:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 18793557 | | Email/Text: ml-ebn@missionlane.com | Oct 29 2024 22:04:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 18793556 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2024 22:12:58 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 18793558 | | EDI: MAXMSAIDV | Oct 30 2024 02:06:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |

24-52153-mmp Doc#7 Filed 10/31/24 Entered 10/31/24 23:27:11 Imaged Certificate of Notice Pg 5 of 6

| District/off: 0542-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2024 | Form ID: 309A | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18793559 | | Email/Text: ProsperBK@prosper.com | Oct 29 2024 22:05:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 18793561 | + | Email/Text: ngisupport@radiusgs.com | Oct 29 2024 22:05:00 | Radius Global Solution, 7831 Glenroy Road 250-A, Edina, MN 55439-3117 |
| 18793565 | + | Email/Text: bankruptcy@self.inc | Oct 29 2024 22:05:00 | Self Financial, Inc., Attn: Bankruptcy Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701 |
| 18793564 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2024 22:05:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 18793568 | | EDI: SYNC | Oct 30 2024 02:00:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793569 | | EDI: SYNC | Oct 30 2024 02:00:00 | Syncb/Rooms To Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793570 | | EDI: SYNC | Oct 30 2024 02:00:00 | Syncb/Walgreens, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 18793567 | | EDI: SYNC | Oct 30 2024 02:00:00 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793571 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793572 | + | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793573 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony Bank/Chevron, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793574 | + | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 18793575 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793576 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793577 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793578 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony/Kawasaki, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793579 | | EDI: SYNC | Oct 30 2024 02:00:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 18793580 | + | EDI: WTRRNBANK.COM | Oct 30 2024 02:06:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18793566 | ##+ | Solar Mosaic Inc, Attn: Bankruptcy Attn: Bankruptcy, 300 Lakeside Dr , 24th Fl, Oakland, CA 94612-3572 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 29, 2024 | Form ID: 309A | Total Noticed: 58 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024     Signature:     /s/Gustava Winters