**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Oscar Newman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3943<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Stephanie Newman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1964<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Western District of Texas

Case number:   24–52153–mmp

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Oscar Newman                                   Stephanie Newman

**For the court:**   *[signature]*

2/20/25

Barry D. Knight
Clerk of the Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-52153-mmp |
| Oscar Newman | Chapter 7 |
| Stephanie Newman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Oscar Newman, Stephanie Newman, 10351 Sweetwater, San Antonio, TX 78252-1720 |
| 18793530 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 18793544 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 18793560 | | Pulte Mortgage Corp, Attn Bankruptcy Dept 7390 S Iola St, Englewood, CO 80112 |
| 18793563 | + | RK Properties, Attn: Bankruptcy 2981 Fenwick Ln, Grand Junction, CO 81504-4507 |
| 18793562 | #+ | River City Federal C U, 610 Augusta St, San Antonio, TX 78215-1902 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRNOSHEROW.COM | Feb 21 2025 03:33:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 20 2025 22:36:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Feb 20 2025 22:35:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Don Stecker, 112 E Pecan St #2200, San Antonio, TX 78205 |
| 18800071 | | EDI: ATLASACQU | Feb 21 2025 03:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 18793526 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 21 2025 00:02:19 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St 4th Floor, Pittsburgh, PA 15212-5862 |
| 18793527 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 20 2025 22:35:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 18793528 | + | Email/Text: bk@avant.com | Feb 20 2025 22:36:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 18793529 | | Email/Text: rm-bknotices@bridgecrest.com | Feb 20 2025 22:36:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 18797057 | + | EDI: AISACG.COM | Feb 21 2025 03:33:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18797057 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 21 2025 00:02:18 | Bridgecrest Credit Company, LLC as Agent, AIS |

24-52153-mmp Doc#23 Filed 02/22/25 Entered 02/22/25 23:21:51 Imaged Certificate of Notice Pg 4 of 7

| District/off: 0542-5 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18793531 | EDI: CAPITALONE.COM | Feb 21 2025 03:33:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793531 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 00:01:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793532 | EDI: CAPITALONE.COM | Feb 21 2025 03:33:00 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793532 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 00:01:29 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18793533 | EDI: CITICORP | Feb 21 2025 03:33:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793534 | EDI: CITICORP | Feb 21 2025 03:33:00 | Citibank/Shell Oil, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793535 | EDI: CITICORP | Feb 21 2025 03:33:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793536 | EDI: CITICORP | Feb 21 2025 03:33:00 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18793537 | + EDI: WFNNB.COM | Feb 21 2025 03:33:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793538 | + EDI: WFNNB.COM | Feb 21 2025 03:33:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793539 | + EDI: WFNNB.COM | Feb 21 2025 03:33:00 | Comenity Capital/famous, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793540 | + EDI: WFNNB.COM | Feb 21 2025 03:33:00 | Comenity/Hot Topic, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 18793541 | + EDI: WFNNB.COM | Feb 21 2025 03:33:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 18793542 | Email/Text: bankruptcy@connexuscu.org | Feb 20 2025 22:36:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 18793543 | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2025 00:01:51 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 18793555 | EDI: CITICORP | Feb 21 2025 03:33:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 18793546 | Email/Text: BNSFS@capitalsvcs.com | Feb 20 2025 22:35:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 18793547 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 20 2025 22:35:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 18793545 | + EDI: BLUESTEM | Feb 21 2025 03:33:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 18793548 | + EDI: AMINFOFP.COM | Feb 21 2025 03:33:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 18793548 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 21 2025 00:02:18 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 18793549 | + EDI: PHINGENESIS | Feb 21 2025 03:33:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 18793550 | + Email/Text: accountresearch@goodleap.com | Feb 20 2025 22:36:00 | GoodLeap Llc., Attn: Bankruptcy 8781 Sierra College Blv, Roseville, CA 95661-5920 |

24-52153-mmp Doc#23 Filed 02/22/25 Entered 02/22/25 23:21:51 Imaged Certificate of Notice Pg 5 of 7

| District/off: 0542-5 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 61 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 18793551 | ^ | MEBN | Feb 20 2025 22:30:58 | Idaho Housing Agency, Attn: Bankruptcy Attn: Bankruptcy, 844 Washington St , N, Ste 300, Twin Falls, ID 83301-3874 |
| 18793552 | + | Email/Text: bankruptcy@webbank.com | Feb 20 2025 22:35:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105814, Atlanta, GA 30348-5814 |
| 18793553 | | EDI: JPMORGANCHASE | Feb 21 2025 03:33:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 18793553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 21 2025 00:02:18 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 18793554 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2025 22:35:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 18810709 | | Email/Text: sanantonio.bankruptcy@publicans.com | Feb 20 2025 22:35:00 | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18793557 | | Email/Text: ml-ebn@missionlane.com | Feb 20 2025 22:35:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 18793556 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2025 23:34:51 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 18793558 | | EDI: MAXMSAIDV | Feb 21 2025 03:33:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 18793559 | | Email/Text: ProsperBK@prosper.com | Feb 20 2025 22:36:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 18793561 | + | Email/Text: ngisupport@radiusgs.com | Feb 20 2025 22:35:00 | Radius Global Solution, 7831 Glenroy Road 250-A, Edina, MN 55439-3117 |
| 18793565 | | Email/Text: bankruptcy@self.inc | Feb 20 2025 22:36:00 | Self Financial, Inc., Attn: Bankruptcy Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701 |
| 18793564 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2025 22:36:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 18793568 | | EDI: SYNC | Feb 21 2025 03:33:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793568 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:55 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793569 | | EDI: SYNC | Feb 21 2025 03:33:00 | Syncb/Rooms To Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793569 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:52 | Syncb/Rooms To Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793570 | | EDI: SYNC | Feb 21 2025 03:33:00 | Syncb/Walgreens, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 18793570 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:27 | Syncb/Walgreens, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 18793567 | | EDI: SYNC | Feb 21 2025 03:33:00 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793567 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:52 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793571 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793571 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793572 | + | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0542-5 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18793572 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 23:34:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793573 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony Bank/Chevron, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793573 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:01:29 | Synchrony Bank/Chevron, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793574 | + | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 18793574 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:01:30 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 18793575 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793575 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:01:50 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793576 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793576 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:02:46 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793577 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793577 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:02:36 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793578 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony/Kawasaki, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793578 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:02:18 | Synchrony/Kawasaki, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18793579 | | EDI: SYNC | Feb 21 2025 03:33:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 18793579 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 00:02:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 18793580 | + | EDI: WTRRNBANK.COM | Feb 21 2025 03:33:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 73

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18810710 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18793566 | ##+ | Solar Mosaic Inc, Attn: Bankruptcy Attn: Bankruptcy, 300 Lakeside Dr , 24th Fl, Oakland, CA 94612-3572 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 61 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Randolph N Osherow | rosherow@hotmail.com rosherow@ecf.axosfs.com |
| Stuart M. Price | on behalf of Debtor Stephanie Newman enotice@pricelawgroup.com enotice@pricelawgroup.com;r43354@notify.bestcase.com;ResolveLawGroup@jubileebk.net;platinum@resolvelawgroup.com;platinumecf@resolvelawgroup.com |
| Stuart M. Price | on behalf of Debtor Oscar Newman enotice@pricelawgroup.com enotice@pricelawgroup.com;r43354@notify.bestcase.com;ResolveLawGroup@jubileebk.net;platinum@resolvelawgroup.com;platinumecf@resolvelawgroup.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5